ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Global Hub Logistics | )  ASBCA No. 61620 |
| | ) |
| Under Contract No. W91B4N-11-D-7008 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Shafie Noorzai

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Adam Kama, JA
    Trial Attorney

ORDER OF DISMISSAL

By letter dated May 4, 2018, R. Michael Smith, Esq., filed a notice of appeal on behalf of Global Hub Logistics (appellant), which the Board docketed on the same day. Mr. Smith represented appellant in connection with this appeal until August 7, 2018, when he notified the Board he was withdrawing as counsel. Mr. Smith provided the Board with contact information for Mr. Shafie Noorzai, and asked that the Board "send all future notices and other communications directed to [appellant]" to him.

By Order dated August 8, 2018, appellant was directed to show that it is represented in this appeal by a person who meets the criteria of Board Rule 15(a) or designate a proper person as its representative. This Order was sent to Mr. Noorzai at the email address provided by Mr. Smith, and to Mr. Smith. The Board received no response.

By Order dated August 29, 2018, appellant was again directed to show that it is represented in this appeal by a person meeting the criteria of Board Rule 15(a) or designate a proper person to represent it. The Board's August 29, 2018 Order stated that if appellant did not respond, the Board could dismiss this appeal without further notice to the parties. The Order was sent to Mr. Noorzai at the email address provided by Mr. Smith, and to Mr. Smith. To date, no response has been received by the Board.

Since the Board cannot proceed without a representative meeting the requirements of Board Rule 15(a), this appeal is hereby dismissed.

Dated: October 1, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61620, Appeal of Global Hub Logistics, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2